David L. Neale (CA Bar No. 169978, NY Bar No. DN 1948)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Penthouse International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                   :

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
|     GENERAL MEDIA, INC., *et al.*, | : | Case No. 03-15078 (SMB) |
| | : | |
|                 Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF PENTHOUSE INTERNATIONAL, INC. OF WITHDRAWAL OF ITS (1) MOTION FOR RECONSIDERATION OF *"ORDER APPROVING UNDER 11 U.S.C. § 1129(a) AND (b) AND FED. R. BANKR. P. 3020 CONFIRMING THE DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION"*; AND (2) EX PARTE MOTION OF PENTHOUSE INTERNATIONAL, INC. FOR ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING AND DIRECTING THE ORAL EXAMINATION OF AND THE PRODUCTION OF DOCUMENTS BY MARC H. BELL, DANIEL C. STATON AND PET CAPITAL PARTNERS LLC**

       Penthouse International, Inc. ("PII"), by and through Levene, Neale, Bender, Rankin & Brill L.L.P., its counsel, notifies the Court and all interested parties that it hereby withdraws its (1) Motion For Reconsideration Of *"Order Approving Under 11 U.S.C. § 1129(A) And (B) And Fed. R. Bankr. P. 3020 Confirming The Debtors' Fourth Amended Joint Plan Of Reorganization"*; and (2) Ex Parte Motion Of Penthouse International, Inc. For Order Pursuant To Bankruptcy Rule 2004 Authorizing And Directing The Oral Examination Of And The Production Of Documents By Marc H. Bell, Daniel C. Staton And Pet Capital Partners LLC (collectively, the "PII Motions").

In addition, based upon its withdrawal of the PII Motions, PII hereby waives and relinquishes any and all rights to seek reconsideration or appellate review of any of the issues addressed in the PII Motions.

Dated: Los Angeles, California
September 23, 2004

/s/ *David L. Neale*
David L. Neale (CA Bar No. 141225, NY Bar No. DN 1948)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244