**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
GENERAL MEDIA, INC., et al.          :     Chapter 11
                                     :
                                     :     In re: Case No. 03-15078 (SMB)
                                     :
                                     :     (Jointly Administered)
                  Debtors.           :
---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

  I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067.

  On September 23, 2004, I served the foregoing document(s) described as:

Notice Of Penthouse International, Inc. Of Withdrawal Of Its (1) Motion For Reconsideration Of "Order Approving Under 11 U.S.C. § 1129(A) And (B) And Fed. R. Bankr. P. 3020 Confirming The Debtors' Fourth Amended Joint Plan Of Reorganization"; And (2) Ex Parte Motion Of Penthouse International, Inc. For Order Pursuant To Bankruptcy Rule 2004 Authorizing And Directing The Oral Examination Of And The Production Of Documents By Marc H. Bell, Daniel C. Staton And Pet Capital Partners LLC

on the interested parties in this action as indicated on the attached service lists.

  _____ (By Mail) I caused said document to be inserted into an envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on September 23, 2004 at Los Angeles, California.

  \_\_x\_\_ (By Overnight Mail) I caused said document to be inserted into an envelope and served via Federal Express. Executed on September 23, 2004 at Los Angeles, California.

  \_\_x\_\_ (Federal) I declare that I am an employee in the offices of a member of the State Bar of California at whose direction the service was made.

               /s/ *Jason Klassi*
               Jason Klassi

General Media, Inc.
Service List 2002  (From Pachulski)

Counsel for Debtor
**Robert Joel Feinstein** 3578-21
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
780 Third Avenue , 36th Floor
New York, NY 10017-2024

Louis L. Benza, Esq. 3578-1
Empire Blue Cross Blue Shield
15 MetroTech Center – 6th Floor
Brooklyn, NY 11201

Bruce R. Alter, Esq. 3578-2
Alter & Goldman
550 Mamaroneck Avenue, Ste. 510
Harrison, NY 10528

Jonathan L. Flaxer, Esq. 357
Golenbock, Eiseman, Assor,
Bell & Peskoe
437 Madison Avenue
New York, New York 1002

Douglas Furth, Esq. 3578-4
Golenbock, Eiseman, Assor,
Bell & Peskoe
437 Madison Avenue
New York, New York 10022

Kenneth Rosen, Esq.  3578-5
Lowenstein Sandler, P.C.
1330 Avenue of the Americas, 21st Floor
New York, New York 10019

Brian S. Masumoto, Esq.  3
Office of the United States
33 Whitehall Street, 21st Fl
New York, NY 10004

Chester B. Salomon, Esq. 3578-7
Nicholas F. Kajon, Esq.
Jocelyn Keynes, Esq.
Salomon Green & Ostrow, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Hal M. Hirsch, Esq.  3578-8
Scott D. Cousins, Esq.
Clifford E. Neimeth, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

Dr. L. Enrique Fernando Mc
c/o Jason Galanis
The Molina Vector Investm
2224 Main Street
Santa Monica, CA 90405

Gail B. Price, Esq. 3578- 10
Bronwen Price, Attorneys at Lawc/o Bowne
of Los Angeles
400 South Parkwood Ave.
Pasadena, CA 91107-5038

Steven Wilamowsky, Esq.  3578-11
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Judith R. Richman, Esq.  35
Sonnenfeld & Richman
360 Lexington Avenue, 16th
New York, NY 10017

Alan Horowitz, Esq.  3578-13
c/o Oracle Corporation
Buchalter, Nemer, Fields & Younger
895 Dove Street, Suite 400
Newport Beach, CA 92660-8921

Ronald M. Terenzi, Esq.  3578-14
Berkman, Henoch, Peterson & Peddy, P.C.
100 Garden Plaza
Garden City, NY 11530

Arnold N. Bressler, Esq. 35
Milberg Weiss Bershad Hyn
& Lerach LLP
One Penn Plaza
New York, NY 10119

Arthur R. Bergman, Esq. 3578-16
Lee P. Widden, Esq.
Salans
620 Fifth Avenue
New York, NY 10020

Neal S. Mann, Esq.  3578-17
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271

Joshua J. Angel, Esq.  3578-
Neil Y. Siegel, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906

Douglas J. Pick, Esq.  3578-19
Douglas J. Pick, P.C.
350 Fifth Avenue, Suite 3000
New York, NY 10018

Stuart Hirshfield, Esq.  3578-20
Marc Hirshfield, Esq.
Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111-0087