```
UNITED STATES BANKRUPTCY COURT     HEARING DATE: November 30, 2004
SOUTHERN DISTRICT OF NEW YORK      HEARING TIME: 10:00 a.m.
------------------------------ x
                               :
In re                          :   Case No.  03 B 15078 (SMB)
                               :
GENERAL MEDIA, INC., et al.,   :
                               :
                               :
               Debtors.        :   (Chapter 11)
                               :
------------------------------ x
```

# OBJECTION OF THE UNITED STATES TRUSTEE REGARDING APPLICATIONS FOR FINAL COMPENSATION

TO THE HONORABLE STUART M. BERNSTEIN,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of New York (the "United States Trustee") has reviewed the following applications seeking an award of final compensation plus reimbursement of out-of-pocket expenses.

| **APPLICANT** | **PERIOD** | **FEES** | **EXPENSES** | **HOURS** |
|---|---|---|---|---|
| Pachulski, Stang Ziehl, Young, Jones & Weintraub P.C.<br><br>Counsel for Debtors | 8/12/03-10/5/04 | $1,684,776.10 | $94,035.07 | 4,391.08 |
| Corporate Revitalization Partners LLC[1]<br><br>Former Restructuring Consultants to Debtors | 8/12/03-12/19/03 | $1,046,436.00 | $170,326.63 | 2,991.03 |

---

[1]The hearing on the Applicant's request for compensation has been adjourned to January 19, 2005.

| APPLICANT | PERIOD | FEES | EXPENSES | HOURS |
|---|---|---|---|---|
| Seneca Financial Group, Inc.<br><br>Restructuring Consultants to Debtors | 12/16/03-10/5/04 | $822,580.62 | $18,260.31 | 5,663.15 |
| Lowenstein Sandler, P.C.<br><br>Counsel for Creditors Committee | 8/12/03-10/5/04 | $567,810.50[2] | $18,994.12 | 1,748.0 |
| J.H. Cohn LLP<br><br>Accountants for Creditors Committee | 8/21/03-10/5/04 | $492,780.50 | $7,712.24 | |
| Angel & Frankel, P.C.<br><br>Conflicts Counsel to Debtors | 8/28/03-10/5/04 | $61,325.00 | $1,033.50 | 163.1 |
| Fulbright & Jaworski L.L.P.<br><br>Special Counsel to Debtors | 9/1/03-10/5/04 | $145,276.00 | $14,256.88 | 566.4 |
| | | $4,614,383.72 | $309,328.37 | |

The United States Trustee makes the following objections and comments to the applications for compensation and reimbursement of expenses in the amounts sought for the reasons set forth below.

## Objection

1. With the exception of the estimated fees of Lowenstein Sandler, P.C., whose estimated fees must be substantiated, the United States Trustee does not object to the awards of

---

[2]Includes estimated fees of $1,190.00.

compensation and reimbursement of expenses requested by the Applicants. The Debtors have not yet paid the quarterly fees required by 28 U.S.C. § 1930(a)(6) for the third quarter of 2004, which fees were due on or before October 31, 2004. Accordingly, the United States Trustee requests that the **payment** of the requested compensation and expenses be made at the same time or after the Debtors have paid the overdue quarterly fees in the aggregate amount of $12,750.00.

**WHEREFORE**, the United States Trustee respectfully requests that the Court sustain the objections raised herein and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 26, 2004

>                    Respectfully submitted,
>
>                    DEIRDRE A. MARTINI
>                    UNITED STATES TRUSTEE
>
>
> By:  /s/ Brian S. Masumoto
>      Brian S. Masumoto (BSM-8116)
>      Attorney
>      33 Whitehall Street
>      21st Floor
>      New York, New York  10004
>      Tel. No. (212) 510-0500